

# NUMBER 13-15-00314-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE STATE FARM LLOYDS AND DAVID R. CABE

## On Petition for Writ of Mandamus.

## ORDER

### Before Justices Rodriguez, Garza, and Longoria
### Per Curiam Order

Relators State Farm Lloyds and David R. Cabe filed a petition for writ of mandamus in the above cause on July 10, 2015 through which they contend that the trial court erred in refusing to grant summary judgment in their favor where the parties in the underlying proceeding have allegedly resolved their issues through a contractual appraisal process. The Court requests that the real parties in interest, Horacio Salinas and Maria Salinas, or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order.  *See* TEX. R. APP. P. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
14th day of July, 2015.